JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Curtis Shanley*, | CASE NO. CV 12-4934-GHK (MANx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Selena Marie Gomez*, | |
| Defendant. | |

Pursuant to the Court's April 17, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiff Curtis Shanley's claims against Defendant Selena Marie Gomez are **DISMISSED without prejudice.**

**IT IS SO ORDERED**.

DATED: April 17, 2013

_____
GEORGE H. KING
Chief United States District Judge